UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11 CR 97 - 1F

UNITED STATES OF AMERICA

v.  ORDER TO SEAL DOCUMENTS

LLOYD GAJADHAR

Upon motion of defendant and for good cause shown, it is hereby ORDERED that the following documents be sealed: those certain documents filed by defendant on September 5, 2012 and designated as DE# 33.

So ORDERED this the 6th day of September, 2012.

_____
JAMES C. FOX
SENIOR US DISTRICT JUDGE