UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-97-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LLOYD GAJADHAR, | ) | |
| Defendant. | ) | |

The court will hear argument on the defendant's Motion to Reveal [DE-42]; Motion in Limine [DE-44] and Motion in Limine to Exclude [DE-45],[1] as well as defendant's Motion to Prohibit Government's Introduction [DE-62], at **9:00 a.m.** on Monday, **December 10, 2012**, with arraignment to follow. At **10:00 a.m.**, jury selection will begin, followed immediately by the trial of this case.

SO ORDERED.

This, the 7th day of December, 2012.

JAMES C. FOX
Senior United States District Judge

---

[1] The court recognizes that the Government's Response [DE-64] to these motions is untimely.