UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11 CR 97 – F-1

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　ORDER MODIFYING CONDITIONS
　　　　　　　　　　　　　　　　OF PRETRIAL RELEASE

LLOYD GADJAHAR
aka LLOYD GAJADHAR

___

This matter is before the Court upon defendant's unopposed motion to modify his conditions of pretrial release in order to permit defendant to travel to Ontario, Canada. Special Assistant United States Attorney Glenn Perry does not object to the entry of this order.

Finding good cause, the Court hereby grants the motion and modifies defendant's conditions of pretrial release as follows:

(1) Defendant is permitted to travel to and from Ontario, Canada for purposes of visiting with his daughter, sister and nephews during the Christmas holiday;

(2) The office of probation shall return defendant's passport to his possession and shall issue the necessary travel permit, allowing defendant to travel to Ontario, Canada between the dates of December 22, 2012 and December 31, 2012;

(3) Within 72 hours of his return to the eastern district, defendant shall notify probation of his return and shall surrender his passport.

This the 18 day of December, 2012.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JAMES C. FOX
　　　　　　　　　　　　　　　　Senior United States District Judge