UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:11-CR-97-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER GRANTING |
| v. | ) | MOTION TO MODIFY CONDITIONS |
| | ) | OF PROBATION |
| LLOYD GAJADHAR | ) | 18 U.S.C. § 3564(C) |
| | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on Defendant's Motion to modify conditions of probation, pursuant to 18 U.S.C. § 3564(c). For good cause shown, it is hereby ORDERED that defendant's probation is modified to the extent that the requirement of home detention is terminated as of the date of this order. All other conditions of probation remain in full force and effect.

This the 11th day of March, 2014.

_____
HONORABLE JAMES C. FOX
Senior US District Judge