IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-97-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LLOYD GAJADHAR | ) | |

This matter comes before the court on Defendant Lloyd Gajadhar's Motion for Early Termination of Probation [DE-94] pursuant to 18 U.S.C. § 3564(c). For good cause shown, and without objection from the government, the motion is ALLOWED. It is hereby ORDERED that the defendant's probation be terminated and the defendant be discharged.

SO ORDERED.

This, the 9 day of April, 2015.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge